UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cr-00204-MOC-DSC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **BOGGS PAVING, INC., et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on the government's Motion to Correct Indictment. Having considered the government's motion and reviewed the pleadings, and having determined that the proposed corrections are not substantive and relate only to form, <u>United States v. Whitfield</u>, 695 F.3d 288 (4th Cir. 2012), the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion to Correct Indictment (#9) is **GRANTED**, and the government is granted leave to file its First Amended Bill of Indictment.

Signed: August 1, 2013

Max O. Cogburn Jr.
United States District Judge