IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CR-204-MOC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| BOGGS PAVING, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Defendant Boggs Paving, Inc.'s "Application[s] for Admission to Practice Pro Hac Vice [for Bakari T. Sellers and J. Preston "Pete" Strom, Jr.] (documents #22 and #23) filed on August 19, 2013. For the reasons set forth therein, the Motions will be **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: August 20, 2013

David S. Cayer
United States Magistrate Judge