UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cr-00204-MOC-DSC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **BOGGS PAVING, INC., et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on the joint Motion to Continue (#62) and defendant Arnold Mann's Motion to Continue (#84), in which Mr. Mann joins in the joint motion. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Continue (#62) and defendant Arnold Mann's Motion to Continue (#84) are **GRANTED,** this matter is continued to the September 2014 term and peremptorily set to commence on the second day of the term, September 16, 2014, with jury selection.

The court finds the delay caused by such continuance shall be excluded in accordance with 18 U.S.C. § 3161(h)(7)(B)(iv), as failure to grant such a continuance would deny counsel for the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Further, the ends of justice

served by granting such continuance outweigh the best interests of the public and the defendant in a speedy trial. Specifically, defendants and counsel have shown a need for additional time to review discovery and other materials in preparing for trial or other resolution of this matter. This matter is continued to the September 2014 term, and the time is excluded.

Signed: November 18, 2013

Max O. Cogburn Jr.
United States District Judge