UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>     v. )<br>)<br>(1)  BOGGS PAVING, INC.; )<br>(2)  CARL ANDREW BOGGS, III )<br>     a/k/a Drew Boggs; )<br>(4)  GREGG MILLER; )<br>(6)  STYX CUTHBERTSON TRUCKING )<br>     COMPANY, INC.; and )<br>(7)  JOHN CUTHBERTSON )<br>     a/k/a Styx Cuthbertson )<br>_____ ) | **DOCKET NO.** 5:13-cr-204-MOC |

**JOINT MOTION TO EXTEND TIME TO FILE RESPONSES
AND/OR REPLIES TO JOINT DEFENSE MOTIONS**

NOW COMES the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, who moves jointly with the consent of Defendants BOGGS PAVING, INC. ("Boggs Paving"); CARL ANDREW BOGGS, III, a/k/a Drew Boggs ("Drew Boggs"); GREGG MILLER ("Miller"); STYX CUTHBERTSON TRUCKING COMPANY, INC. ("Styx"); and JOHN CUTHBERTSON, a/k/a Styx Cuthbertson ("Cuthbertson") (collectively "Joint Defendants"), for an extension of time until Monday, August 4, 2014, in which the United States may respond to certain Motions filed by the Joint Defendants. In support thereof, the parties respectfully show the following:

On or about July 14, 2014, the Joint Defendants filed motions with incorporated memoranda (1) to Dismiss the Superseding Indictment for Failure to State Offenses (ECF No. 101); (2) for Limited Disclosure or *In Camera* Review of Grand Jury Transcripts (ECF No. 102); (3) to Dismiss, Strike and/or Exclude Evidence (ECF No. 103) and (4) for Leave to File Overlong Pleadings (ECF No. 104) (hereinafter collectively "Joint Defense Motions). The United States opposes the Joint Defense Motions with the exception of ECF No. 104. The Government's responses to the Joint Defense Motions are due on July 24, 2014. [1]

Other than Motions *in Limine* and evidentiary notices, the United States does not expect to file any pre-trial motions in this case. The trial of this case is peremptorily set for the September term of the Court which begins on September 15, 2014.

Defendant Mann's guilty plea and the likely resolution of the Government's case against Defendants Hicks and Tucker changes the nature of the evidence against the Joint Defendants such that these parties request additional time to confer and evaluate their respective cases. The Government and the Joint Defendants believe they can complete their discussions within the next two weeks.

---

[1] Having conferred with counsel for the remaining parties, Defendants (3) Kevin Hicks ("Hicks") and (5) Greg Tucker ("Tucker"), the United States anticipates a resolution with respect to these defendants before trial and does not anticipate any further motions from these defendants. Defendant (8) Arnold Mann's ("Mann's") guilty plea was accepted by the Court on June 25, 2014.

An extension of approximately 10 days would save the Court time and resources if the Joint Defense Motions are withdrawn. If the Joint Defense Motions are not withdrawn, the filing of the Government's responses on August 4, 2014, leaves approximately six weeks for the Court to consider the motions and hold hearings, if necessary.

WHEREFORE, the parties jointly move to extend the Government's time to file responses to the Joint Defense Motions until August 4, 2014, with any defense replies due no later than August 11, 2014.

RESPECTFULLY SUBMITTED, this the 17th day of July, 2014.

**Counsel for the United States**:

**ANNE M. TOMPKINS, UNITED STATES ATTORNEY**

| **Michael E. Savage** | **Jenny Grus Sugar** |
|---|---|
| Assistant United States Attorney | U.S. Attorney's Office |
| North Carolina Bar Number 33159 | 227 W. Trade Street |
| 227 West Trade Street, Suite 1650 | Suite 1650 |
| Charlotte, North Carolina 28211 | Charlotte, NC 28202 |
| 704/338-3166 (Direct Line) | 704-344-6222 |
| 704/227-0197 (Fax) | 704-344-6629 (fax) |
| mike.savage2@usdoj.gov | jenny.sugar@usdoj.gov |

**Counsel for (2) Boggs Paving, Inc:**

**James D. Galyean**
Nexsen Pruet, LLC
55 E. Camperdown Way, Suite 400
P.O. Drawer 10648
Greenville, SC 29603
864 282-1124
864 477-2627 (fax)
jgalyean@nexsenpruet.com

**Joseph Preston Strom, Jr.**
Strom Law Firm, LLC
2110 N. Beltline Blvd.
Columbia, SC 29204
803-252-4800
803-252-4801 (fax)
petestrom@stromlaw.com

**William R. Terpening**
Nexsen Pruet, PLLC
227 West Trade Street, Suite 1550
Charlotte, NC 28202
704-338-5358
Fax: 704-805-4735
wterpening@nexsenpruet.com

**Counsel for (2) Carl Andrew Boggs, III**:

**Roy Black**
Black Srebnick Kornspan & Stumpf, P.A.
201 S. Biscayne Blvd., Suite 1300
Miami, FL 33131
305-371-6421
305-358-2006 (fax)
rblack@royblack.com

**Jacqueline L. Perczek**
Black Srebnick Kornspan & Stumpf, P.A.
201 S. Biscayne Blvd., Suite 1300
Miami, FL 33131
305-371-6421
305-358-2006 (fax)
jackiep@royblack.com

**Charles Jonathan Bridgmon**
Bray & Long, PLLC
2820 Selwyn Avenue, Suite 400
Charlotte, NC 28209
704-523-7777
Fax: 704-523-7780
cbridgmon@braylong.com

**Counsel for (4) Gregg Miller**:

**Christopher C. Fialko**
Rudolf, Widenhouse & Fialko
225 East Worthington, Suite 200
Charlotte, NC 28203
704/333-9945
704/335-0224 (fax)
cfialko@rwf-law.com

**Counsel for (6) Styx Cuthbertson Trucking, Inc. and (7) John Cuthbertson:**

| **Mark Patrick Foster, Jr.** | **Beattie B. Ashmore** |
| --- | --- |
| Rawls, Scheer, Foster & Mingo, PLLC | Beattie B. Ashmore, P.A. |
| 1011 E. Morehead St., Ste 300 | 650 E. Washington Street |
| Charlotte, NC 28204 | Greenville, SC 29601 |
| 704 376-3200 | 864-467-1001 |
| 704-332-2716 (fax) | 864-672-1406 (fax) |
| mfoster@rsfmlaw.com | beattie@beattieashmore.com |