IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CR-204-MOC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| BOGGS PAVING, INC., ET AL., ) | |
| ) | |
| **Defendants.** ) | |

**THIS MATTER** is before the Court on the "Joint Motion to Extend Time to File Responses and/or Replies to Joint Defense Motions" (document # 107) filed July 17, 2014. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

Signed: July 21, 2014

_____
David S. Cayer
United States Magistrate Judge