UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | **DOCKET NO. 3:13 CR 204** |
| ) | |
| ) | **MOTION TO** |
| ) | ***PARTIALLY* UNSEAL** |
| ) | **FACTUAL BASES** |
| **V.** ) | |
| ) | |
| **(3) KEVIN HICKS** ) | |
| **(5) GREG TUCKER** ) | |
| **(8) ARNOLD MANN** ) | |

NOW COMES the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, who moves this Court for an Order directing that the Factual Bases as to these defendants (Doc. Nos. 94, 106, and 114), which were previously sealed by Order of the Court, be *partially* unsealed to permit the Government to comply with its discovery obligations. Specifically, the Government requests that it be allowed to produce a copy of each Factual Basis to counsel for co-defendants as the United States anticipates calling Kevin Hicks, Greg Tucker, and Arnold Mann as witnesses in the trial of the remaining defendants which is on this Court's docket call for September 15, 2014.

THEREFORE, the United States respectfully moves the Court that the Factual Bases in the above captioned matter be partially unsealed.

Respectfully submitted July 23, 2014.

                                               Anne M. Tompkins
                                               UNITED STATES ATTORNEY

                                               _s/Jenny Grus Sugar_____
                                               Jenny Grus Sugar
                                               Bar: State of New York
                                               Assistant United States Attorney
                                               United States Attorney's Office
                                               227 West Trade Street, Suite 1650
                                               Charlotte, North Carolina 28202
                                               (704) 344-6222 (office)
                                               (704) 344-6629 (facsimile)
                                               E-mail: Jenny.Sugar@usdoj.gov

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on July 23, 2014, the foregoing Motion was duly served upon the defendants herein by electronic notification using ECF to defendants' attorneys of record

                                      //s//Jenny Grus Sugar
                                      ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 3:13 CR 204 |
| ) | |
| ) | **ORDER TO** |
| ) | ***PARTIALLY* UNSEAL** |
| ) | **FACTUAL BASIS** |
| V. ) | |
| ) | |
| ) | |
| (3) KEVIN HICKS ) | |
| (5) GREG TUCKER ) | |
| (8) ARNOLD MANN ) | |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an Order directing that the Factual Bases in the above-captioned case be partially unsealed to allow the United States to comply with its discovery obligations, **the Court orders** that the factual bases as to the above captioned defendants be partially unsealed so that the United States can provide copies of these factual bases to the counsel for co-defendants.

The Clerk is directed to certify copies of this Order to Defense Counsel and the United States Attorney's Office.

This the _____ day of July, 2014.

_____
DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE