# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **DOCKET NO. 3:13 CR 204** |
| | ) | |
| | ) | **MOTION TO** |
| | ) | ***PARTIALLY* UNSEAL** |
| | ) | **FACTUAL BASES** |
| **V.** | ) | |
| | ) | |
| **(4) GREG MILLER** | ) | |
| **(7) JOHN "STYX" CUTHBERTSON** | ) | |

NOW COMES the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, who moves this Court for an Order directing that the Factual Bases as to these defendants (Doc. Nos.121 and 130), which were previously sealed by Order of the Court, be *partially* unsealed to permit the Government to comply with its discovery obligations. Specifically, the Government requests that it be allowed to produce a copy of each Factual Basis to counsel for co-defendants.

THEREFORE, the United States respectfully moves the Court that the Factual Bases in the above captioned matter be partially unsealed.

Respectfully submitted August 8, 2014.

                                                Anne M. Tompkins
                                                UNITED STATES ATTORNEY

                                                s/Jenny Grus Sugar
                                                Jenny Grus Sugar
                                                Bar: State of New York
                                                Assistant United States Attorney
                                                United States Attorney's Office
                                                227 West Trade Street, Suite 1650
                                                Charlotte, North Carolina 28202
                                                (704) 344-6222 (office)
                                                (704) 344-6629 (facsimile)
                                                E-mail: Jenny.Sugar@usdoj.gov

## **CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that on August 8, 2014, the foregoing Motion was duly served upon the defendants herein by electronic notification using ECF to defendants' attorneys of record

                                    //s//Jenny Grus Sugar
                                    ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **DOCKET NO. 3:13 CR 204** |
|  | ) |  |
|  | ) | <u>**ORDER TO**</u> |
|  | ) | <u>***PARTIALLY* UNSEAL**</u> |
|  | ) | <u>**FACTUAL BASIS**</u> |
| **V.** | ) |  |
|  | ) |  |
|  | ) |  |
| **(4) GREG MILLER** | ) |  |
| **(7) JOHN "STYX" CUTHBERTSON** | ) |  |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an Order directing that the Factual Bases in the above-captioned case be partially unsealed to allow the United States to comply with its discovery obligations, **the Court orders** that the factual bases as to the above captioned defendants be partially unsealed so that the United States can provide copies of these factual bases to the counsel for co-defendants.

The Clerk is directed to certify copies of this Order to Defense Counsel and the United States Attorney's Office.

This the _____ day of August, 2014.

_____
DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE