IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-cr-00204-MOC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| (1) BOGGS PAVING, INC. | ) |
| | ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Kenneth D. Bell hereby enters an appearance as counsel of record for the Defendant, Boggs Paving, Inc., in the above-captioned matter.

Dated: September 8, 2014        Respectfully submitted,

                                By:    s/ Kenneth D. Bell
                                          NC State Bar No.: 10800
                                          McGuireWoods LLP
                                          201 North Tryon Street, Suite 3000
                                          Charlotte, NC 28202-4011
                                          Telephone: 704-373-4620
                                          Facsimile: 704-373-8836
                                          E-mail: kbell@mcguirewoods.com
                                          *Attorney for Defendant Boggs Paving, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of September, 2014, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                s/ Kenneth D. Bell
                                                Kenneth D. Bell