UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cr-00204-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| Vs. | ) ORDER<br>) |
| **BOGGS PAVING, INC.,** | )<br>) |
| Defendant. | ) |

**THIS MATTER** is before the court on the government's Motion to Continue. Having considered government's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion to Continue (oral at calendar call) is **GRANTED,** this matter is continued to the November 2014 Term and the time is excluded. The court finds the delay caused by such continuance shall be excluded in accordance with 18 U.S.C. § 3161(h)(1)(D) as the Motion to Compel Compliance with Grand Jury Subpoena (#102) remains pending. Further, the ends of justice served by granting such continuance outweigh the best interests of the public and the defendant in a speedy trial. Specifically, defendant and counsel have agreed with the government to make the required production of materials, which may aid in final resolution of this matter.

Signed: September 15, 2014

Max O. Cogburn Jr.
United States District Judge