UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:13CR204-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>  v.<br><br>(1) BOGGS PAVING, INC.,<br>(2) CARL ANDREW BOGGS, III,<br>  a/k/a Drew Boggs,<br>    Defendants. | **BILL OF PARTICULARS<br>FOR FORFEITURE OF PROPERTY** |

The United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, hereby submits the following Bill of Particulars for Forfeiture of Property.

The Superseding Indictment (Doc. 67) in this case seeks forfeiture of property pursuant to 18 U.S.C. § 982, 21 U.S.C. § 853, and 28 U.S.C. § 2461(c). The United States hereby gives notice that, in addition to property already identified, the United States is seeking forfeiture of a money judgment of at least approximately $1,500,000 in estimated net proceeds of the offenses and specific property on one or more of the grounds alleged in the Superseding Indictment, including, but not limited to, real property at the following location:

> **The real property at 404 Oakmont Lane, Waxhaw, North Carolina, also known as all of Lot 72, LONGVIEW, PHASE 2, MAP 3, as shown on a map recorded in Plat Cabinet H, File 46 in the Union County Registry, more particularly described in a North Carolina General Warranty Deed to CARL A. BOGGS, III and spouse, beginning at Union County Register of Deeds, Book 05968, Page 766.**

Respectfully submitted this, the 24th day of September, 2014.

            ANNE M. TOMPKINS
            UNITED STATES ATTORNEY

            **s/Benjamin Bain-Creed**
            Benjamin Bain-Creed
            Florida Bar #0021436
            Assistant United States Attorney
            Suite 1650, Carillon Building
            227 West Trade Street
            Charlotte, North Carolina 28202
            Telephone: (704) 338-3123
            Fax: (704) 344-6629
            E-mail: benjamin.bain-creed@usdoj.gov

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:13CR204-MOC

UNITED STATES OF AMERICA

                              **CERTIFICATE OF SERVICE**

        v.

(1) BOGGS PAVING, INC.,
(2) CARL ANDREW BOGGS, III,
    a/k/a Drew Boggs.
_____

    I hereby certify that the foregoing document was served on counsel for the parties via the ECF system.

                                          s/Benjamin Bain-Creed
                                          Assistant United States Attorney