U.S. Department of Justice

PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 3:13cr204 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Boggs Paving, INC., et. al. | Notice and Lis Pendens |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
RP located at 404 Oakmont Lane, Waxhaw, NC

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

AUSA Benjamin Bain-Creed
U.S. Attorney's Office, WDNC
227 W. Trade Street, Suite 1650
Charlotte, NC 28202

| Number of process to be served with this Form 285 | |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Agency Case No. 46E-CE-95166

Please sign and return this form confirming this Lis Pendens has been recorded in both the Union County Clerk of Superior Court and the Register of Deeds.

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 704-344-6222
DATE: 9-24-2014

SPACE BELOW FOR USE BY PROCESSING OFFICIAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin | District to Serve | Signature of Authorized Agent or Other Agency Personnel | Date |
|---|---|---|---|---|---|
| | 1 | No. 058 | No. 058 | | 9/24/14 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

FILED
CHARLOTTE, NC
OCT 01 2014
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

Date: 9/24/14  Time: 10:45 [X] am [ ] pm
Signature

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS:
9/24 Process Served

PRIOR EDITIONS MAY BE USED