UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cr-00204-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **BOGGS PAVING, INC. AND** | ) | |
| **CARL ANDREW BOGGS III,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on defendants Boggs Paving, Inc.'s and Drew Boggs's Objection to Bill of Particulars for Forfeiture of Property and the government's timely Response. Having considered defendants' Boggs Paving, Inc.'s and Drew Boggs's Objection and the government's Response, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the request to withdraw the Bill of Particulars, contained in the Response (#157), is **ALLOWED**, the Bill of Particulars (#154) is **WITHDRAWN**, and Boggs Paving, Inc.'s and Drew Boggs's Objection to Bill of Particulars for Forfeiture of Property (#156) is **OVERRULED** as moot.

Signed: October 28, 2014

Max O. Cogburn Jr.
United States District Judge