UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cr-00204-MOC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| BOGGS PAVING, INC. | ) | |
| CARL ANDREW BOGGS III | ) | |
| KEVIN HICKS | ) | |
| GREG MILLER | ) | |
| GREG TUCKER | ) | |
| STYX CUTHBERTSON TRUCKING | ) | |
| COMPANY, INC. | ) | |
| JOHN CUTHBERTSON | ) | |
| ARNOLD MANN, | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on review of pending motions in light of the pleas entered and the dismissals taken by the government. Such review reveals that the following motions, which the court held open at the request of the parties, are moot:

| 07/14/2014 | view101 | Joint MOTION to Dismiss *the Superseding Indictment for Failure to State Offenses and Incorporated Memorandum of Law* by Boggs Paving, Inc., Carl Andrew Boggs, III, Greg Miller, Styx Cuthbertson Trucking Company, Inc., John Cuthbertson as to Boggs Paving, Inc., Carl Andrew Boggs, III, Kevin Hicks, Greg Miller, Greg Tucker, Styx Cuthbertson Trucking Company, Inc., John Cuthbertson, Arnold Mann. Responses due by 7/24/2014 (Black, Roy) (Entered: 07/14/2014) |
|---|---|---|
| 07/14/2014 | view102 | Joint MOTION for Disclosure *or In Camera Review of Grand Jury Transcripts* by Boggs Paving, Inc., Carl Andrew Boggs, III, Greg Miller, Styx Cuthbertson Trucking Company, Inc., John Cuthbertson as to Boggs Paving, Inc., Carl Andrew Boggs, III, Kevin Hicks, Greg Miller, Greg Tucker, Styx Cuthbertson Trucking Company, Inc., John Cuthbertson, Arnold Mann. Responses due by 7/24/2014 (Black, |

| | | |
|---|---|---|
| | | Roy) (Entered: 07/14/2014) |
| 07/14/2014 | view103 | Joint MOTION to Dismiss , *Strike and/or Exclude Evidence and Incorporated Memorandum of Law* by Boggs Paving, Inc., Carl Andrew Boggs, III, Greg Miller, Styx Cuthbertson Trucking Company, Inc., John Cuthbertson as to Boggs Paving, Inc., Carl Andrew Boggs, III, Kevin Hicks, Greg Miller, Greg Tucker, Styx Cuthbertson Trucking Company, Inc., John Cuthbertson, Arnold Mann. Responses due by 7/24/2014 (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit) (Black, Roy) (Entered: 07/14/2014) |

Having considered such motions, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that motions docketed as numbers 101, 102, and 103 are DENIED as MOOT.

Signed: March 11, 2015

Max O. Cogburn Jr
United States District Judge